**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-20935-jrs |
| DEAN A. DITMAR and KELLY E. DITMAR, ) | |
| ) | Chapter 11 |
| Debtors. ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Ameris Bank, through acquisition and merger with Hamilton State Bank ("Creditor"), a creditor and party in interest herein, and, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002, 9007, and 9010, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon Creditor by and through:

Samantha L. Tzoberi
Golder Law, LLC
101 Village Parkway
Building One, Suite 400
Marietta, Georgia 30067
(404) 252-3000
sam@golderlawfirm.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, electronically, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed as Creditor's (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding so eligible in this case or in any case, controversy, or proceeding related to this case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) waiver of any other rights or claims, actions, defenses, setoffs, or recoupments that Creditor has or may have, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves. This Notice of Appearance and Request for Service of Papers is not, and shall not be construed to be, a consent by Creditor pursuant to 28 U.S.C. § 157(c)(2).

This 13th day of September 2021.

/s/ *Samantha Tzoberi*
Samantha L. Tzoberi
Georgia Bar No. 140809

**GOLDER LAW, LLC**
101 Village Parkway
Building 1, Suite 400
Marietta, Georgia 30067
Telephone: (404) 252-3000
E-mail: sam@golderlawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the following a copy of the foregoing Notice of Appearance and Request for Service of Papers by placing a copy of same in the U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Dean A. Ditmar
Kelly E. Ditmar
3085 Wills Mill Road
Cumming, Georgia 30041

The following parties will receive electronic service in this case through the electronic filing system:

| | |
|---|---|
| Thomas T. McClendon<br>Jones & Walden, LLC<br>699 Piedmont Avenue Ne<br>Atlanta, Georgia 30308 | Tamara M. Ogier<br>Chapter 11 Subchapter V Trustee<br>Ogier, Rothschild & Rosenfeld, PC<br>Post Office Box 1547<br>Decatur, Georgia 30031 |
| David S. Weidenbaum<br>Office of the US Trustee<br>75 Ted Turner Drive SW<br>362 Richard B. Russell Building<br>Atlanta, Georgia 30303 | |

This 13th day of September 2021.

/s/ Samantha Tzoberi
Samantha L. Tzoberi
Georgia Bar No. 140809

**GOLDER LAW, LLC**
101 Village Parkway
Building 1, Suite 400
Marietta, Georgia 30067
Telephone: (404) 252-3000
E-mail: sam@golderlawfirm.com