IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>DEAN A. DITMAR AND<br>KELLY E. DITMAR,<br><br>　　　　Debtors. | CHAPTER 11<br>(Subchapter V)<br><br>CASE NO. 21-20935-jrs |

### AFFIDAVIT OF DEBTOR KELLY E. DITMAR
### REGARDING PAYMENT ADVICES

COMES NOW Kelly E. Ditmar, who under oath deposes and states as follows:

(1)　I am over the age of eighteen and am competent to make this Affidavit. All information set forth in this Affidavit is based upon my own personal knowledge, information or belief. I am a Debtor in the above-styled Chapter 11 Bankruptcy Case.

(2)　In the sixty days prior to the petition date, I was not employed and, therefore, I did not receive pay advices (payroll or check stubs).

(3)　I make this Affidavit to show compliance with 11 U.S.C. §521(a)(1)(B)(iv).

FURTHER AFFIANT SAYETH NOT.

_____
Kelly E. Ditmar

Sworn to before me this
28th day of September, 2021.

_____
Notary Public
My Commission Expires: _____

[Notary Seal: TESSA VUNCANNON, NOTARY PUBLIC, DEKALB COUNTY, GA, Exp. Dec. 3, 2023]