## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

IN RE:

**DEAN A. DITMAR AND
KELLY E. DITMAR,**

        **Debtors.**

**CHAPTER 11**
**(Subchapter V)**

**CASE NO.  21-20935-jrs**

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it or the Plan otherwise satisfies the requirements of Section 1191(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE *JANUARY 20, 2022* TO:**

**Clerk, U.S. Bankruptcy Court**
**121 Spring Street SE, Room 120**
**Gainesville, GA 30501**

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, Georgia 30308, Attn: Thomas T. McClendon.

**The undersigned is a holder of** [check one:]
   ___ a secured claim
   _X_ an unsecured claim
   ___ other [specify:_____]

**In the amount of $__684,323.13____, in Class __8___ and hereby:**

**_____ Accepts        X___ Rejects**

**Debtor's Plan of Reorganization**

Date: __December 10, 2021__

Email address of signing representative:
 __echilders@rlklawfirm.com__
Print name: Elizabeth Childers

Creditor: ___JL Enterprises of GA, LLC___
       Print or Type Name
Signed: ___/s/ Elizabeth Childers___
[If appropriate] as: __Attorney for Creditor__
       Title
Address: __Rountree Leitman & Klein__
   __2987 Clairmont Rd., Suite 350, Atlanta, GA 30329__
Phone Number: __404-584-1238__
Email Address: __echilders@rlklawfirm.com__

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing Ballot with the Court using the CM/ECF system, which will send an electronic e-mail notification to the parties as indicated below:

- **Lisa F. Caplan**    lcaplan@rubinlublin.com, nbrown@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com
- **Bret J. Chaness**    bchaness@rubinlublin.com, BJC-ECF-Notifications@rubinlublin.com
- **Brooke Heinz Chaplain**    bchaplain@law.ga.gov
- **Elizabeth Ann Childers**    echilders@rlklawfirm.com, swenger@rlklawfirm.com;csmith@rlklawfirm.com;yalamin@rlklawfirm.com
- **Leon S. Jones**    ljones@joneswalden.com, jwdistribution@joneswalden.com;cparker@joneswalden.com;cmccord@joneswalden.com;lpineyro@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com
- **Thomas T. McClendon**    tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;ljones@joneswalden.com
- **Tamara M. Ogier (Sub V Trustee)**    tmo@orratl.com, jc@orratl.com;tmo@trustesolutions.net;ctmo11@trustesolutions.net
- **William A. Rountree**    wrountree@rlklawfirm.com, swenger@rlklawfirm.com;yalamin@rlklawfirm.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;ablanco@rlklawfirm.com;bwenger@rlklawfirm.com
- **Samantha L. Tzoberi**    sam@golderlawfirm.com, mcroxton@golderlawfirm.com
- **David S. Weidenbaum**    david.s.weidenbaum@usdoj.gov

In addition, I certify that I mailed the Ballot to the Clerk and the Debtor's Attorney at the following addresses:

Clerk, U.S. Bankruptcy Court
121 Spring Street SE, Room 120
Gainesville, GA 30501

Jones & Walden LLC
Attn: Thomas T. McClendon
699 Piedmont Avenue NE
Atlanta, Georgia 30308

Dated: December 10, 2021                     Respectfully submitted,

                                             ROUNTREE LEITMAN & KLEIN, LLC

                                             */s/ Elizabeth Childers*
                                             William A. Rountree, Ga. Bar No. 616503
                                             Elizabeth Childers, Ga. Bar No. 143546
                                             Century Plaza I
                                             2987 Clairmont Road, Suite 350
                                             Atlanta, Georgia 30329
                                             (404) 584-1238 Telephone
                                             wrountree@rlklawfirm.com
                                             echilders@rlklawfirm.com
                                             *Attorneys for JL Enterprises of GA, LLC*