IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:

DEAN A. DITMAR AND
KELLY E. DITMAR,

    Debtors.

CHAPTER 11
(Subchapter V)

CASE NO. 21-20935-jrs

**BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it or the Plan otherwise satisfies the requirements of Section 1191(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE *JANUARY 20, 2022* TO:**

Clerk, U.S. Bankruptcy Court
121 Spring Street SE, Room 120
Gainesville, GA 30501

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, Georgia 30308, Attn: Thomas T. McClendon.

**The undersigned is a holder of** [check one:]
    ___ a secured claim
    _X_ an unsecured claim
    ___ other [specify:_____]

In the amount of $ 17,187.81, in Class 8 and hereby:

    ___ Accepts      _X_ Rejects

**Debtor's Plan of Reorganization**

Date: 12/14/21

Email address of signing representative:
_____

Print name: LAWRENCE BARANSKI

Creditor: DISCOVER BANK
    Print or Type Name
Signed: [signature]
[If appropriate] as: LAWRENCE BARANSKI
    Title: BANKRUPTCY REPRESENTATIVE
Address: PO BOX 3025
    NEW ALBANY OH 43054-3025
Phone Number: 800.347.5515
Email Address: MRDISCPC@DISCOVER.COM



DISCOVER®
P.O. Box 3025
New Albany, OH 43054-3025

COLUMBUS OH 430
14 DEC 2021 PM
ZIP 43054 $ 000.53
02 4W
0000356925 DEC 14 2021

CLEARED DATE
DEC 17 2021
U.S. Bankruptcy Service
Atlanta, GA 30303

CLERK, US BANKRUPTCY COURT
121 SPRING STREET SE
ROOM 120
GAINESVILLE, GA 30501

30501-378945